In the MATTER OF the PETITION OF John S. STRITZINGER for a Writ of Mandamus.

No. 483, 2016

Supreme Court of Delaware.

Submitted: January 10, 2017
Decided: February 3, 2017
Reargument Denied March 16, 2017

DISMISSED.